**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HOUSEY,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **No. 06-6002** |
| **WOODWARD,** *et al.* | **SECTION: I/3** |

## ORDER AND REASONS

Before the Court is a motion to remand filed on behalf of plaintiffs, Melanie Monroe Housey and Michael Patrick Housey, Jr.  In their memorandum, plaintiffs also request that the Court assess attorney's fees and costs against defendants.  Defendants in this matter are Minor Q. Woodward, III, Celeste Doe, and State Farm Fire and Casualty Company.  For the following reasons, plaintiffs' motion is **GRANTED**.

This Court has issued extensive opinions on the full range of legal issues regarding motions to remand in Hurricane Katrina insurance litigation.  *See, e.g.*, *Bourgeois v. State Farm Fire & Cas. Co.*, No. 06-8037, 2006 WL 3344736 (E.D. La. Nov. 16, 2006); *Rizzuto v. Tully*, No. 06-6883, 2006 WL 3332832 (E.D. La. Nov. 14, 2006); *Jackson v. State Fire & Cas. Ins. Co.*, No. 06-4467, 2006 WL 3332835 (E.D. La. Nov. 9, 2006); *Yount v. Lafayette Ins. Co.*, No. 06-7382, 2006 WL 3240790 (E.D. La. Nov. 7, 2006); *Trosclair v. Security Plan Life Ins. Co.*, No. 06-9220, 2006 U.S. Dist. LEXIS 84100 (E.D. La. Nov. 6, 2006); *Richmond v. Chubb Group of Ins. Cos.*, No. 06-3973, 2006 WL 2710566 (E.D. La. Sept. 20, 2006); *Best v. Independent Ins. Assocs. Inc.*, No. 06-1130, 2006 WL 2710445 (E.D. La. Sept. 19, 2006); *Nash v. Harry Kelleher*

*& Co.*, No. 06-1083, 2006 WL 2644960 (E.D. La. Sept. 14, 2006); *Smith Lupo Williams Partners v. Carter*, No. 06-2808, 2006 WL 2548255 (E.D. La. Aug. 31, 2006).

After fully considering the law, the facts, and the arguments of all parties, the Court finds that the above cited decisions, when applied to the facts of this case, dictate a remand. The Court is inundated with motions to remand in cases such as this one, and it is neither in the interest of justice nor judicial economy to issue an extensive, yet repetitive, opinion. The Court, therefore, incorporates the applicable legal standards and analysis from its prior opinions as though fully written herein.

This Court has previously discussed the applicable standards and analysis for imposing attorney's fees and costs for improper removal. *See Richmond*, 2006 WL 2710566, at *7. After fully considering the law, the facts, and the arguments of all parties, the Court will exercise its discretion to deny plaintiffs' request for attorney's fees and costs.

Accordingly,

**IT IS ORDERED** that the motion to remand filed on behalf of plaintiffs[1] is **GRANTED**, and the case is **REMANDED** to the Civil District Court for the Parish of Orleans, Louisiana.

New Orleans, Louisiana, December __7th__, 2006.

LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**

---

[1]Rec. Doc. No. 5.